## MARGARET A. LITTLETON v. FRANK BROS.

ATTACHMENT BOND. *Suit on. Attorney's fees.* In a suit upon an attachment bond for wrongfully suing out an attachment, the plaintiff is not entitled to recover attorney's fees paid by him in defending the attachment suit, but is entitled to recover costs paid by him if the attachment was wrongfully sued out, although upon probable cause.

### FROM SHELBY.

Appeal in error from the Circuit Court of Shelby County. C. W. HEISKELL, J.

HUMES & POSTON for Littleton.

J. W. VERNON for Frank Bros.

Littleton *v.* Frank Bros.

DEADERICK, C. J., delivered the opinion of the court.

This is an action at law by plaintiff against defendants, who were sureties on an attachment bond, executed in a suit in chancery court. The attachment was issued wrongfully, although on probable cause.

The damages sued for are counsel fees, $125, and costs, $2.50, incurred in defending said attachment suit. The circuit judge, deciding the case without a jury, held the plaintiff not entitled to recover, and she has appealed.

As to the $125 counsel fee, we have held in an unreported case, such fee is not recoverable in cases like this. But plaintiff, for the wrongful suing out of the injunction, is entitled to recover some damages, and the judgment of the circuit court will be reversed, and judgment entered here for plaintiff for two dollars and fifty cents damages, with costs.